UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER MCDANIEL,

Plaintiff,

Case No. 26-cv-10332
Hon. Matthew F. Leitman

v.

VETERANS AFFAIRS ANN ARBOR,

Defendant.
______________________________________/

**ORDER (1) GRANTING DEFENDANT VETERANS AFFAIRS ANN ARBOR'S MOTION TO DISMISS (ECF No. 6); AND (2) DISMISSING PLAINTIFF JENNIFER MCDANIEL'S ACTION WITHOUT PREJUDICE**

On October 13, 2026, the Court held a hearing on Defendant's motion to dismiss. (*See* Mot., ECF No. 6.) For the reasons stated on the record at that hearing, Defendant's motion is **GRANTED** and Plaintiff's action is dismissed without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126