UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER MCDANIEL,

Plaintiff,

Case No. 26-cv-10332
Hon. Matthew F. Leitman

v.

VETERANS AFFAIRS ANN ARBOR,

Defendant.
______________________________________________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant and against Plaintiff, and Plaintiff's action is dismissed without prejudice.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 13, 2026
Detroit, Michigan